UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:09-cr-76-SEB-KPF-01 |
| ) | |
| ANTHONY MEYERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Anthony Meyers' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 24 months in the custody of the Attorney General. The serious nature of Mr. Meyers' violations and his demonstrated disinclination to conform his conduct to the law warrant a term of imprisonment above the 18-month maximum term advised by the Sentencing Guidelines. During his imprisonment, Mr. Meyers should be subject to the Bureau of Prisons' mental health care and/or counseling, as the Bureau of Prisons deems appropriate. At the conclusion of Mr. Meyers' imprisonment, he will be subject to one year of supervised release under the same conditions that were originally imposed.

SO ORDERED this \_\_16th\_\_ day of June, 2010.

*Sarah Evans Barker*
Sarah Evans Barker, Judge,
United States District Court
Southern District of Indiana

Distribution:

Brad Shepard, Assistant United States Attorney
brad.shepard@usdoj.gov

William E. Marsh, Indiana Federal Community Defender
bill.marsh@fd.org

U. S. Parole and Probation

U. S. Marshal Service